```
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    GARTH HIRE (Cal. Bar No. 187330)
 4  ELIZABETH R. YANG (Cal. Bar No. 196461)
    Organized Crime and Terrorism Section
 5  Assistant United States Attorneys
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-0698/1785
         Facsimile: (213) 894-3713
 8       E-mail:    Garth.Hire@usdoj.gov
                    Elizabeth.Yang@usdoj.gov
 9
    Attorneys for Plaintiff
10  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
DEC - 5 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 04-732(D)-RSWL |
|---|---|
| Plaintiff, | ) [PROPOSED] DISMISSAL AND ORDER |
| v. | ) |
| SYLAS GLENN BROWNRIDGE, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Central District of California hereby moves to dismiss the indictment in the above-

///
///
///
///
///
///

CC: USPO
    PTS

ENTER ON ICMS
DEC - 6 2005

(399)

1

1  referenced case, without prejudice, as to defendant SYLAS GLENN
2  BROWNRIDGE, only, pursuant to the plea agreement between the
3  government and defendant Brownridge in <u>United States v. Anthony</u>
4  <u>Gardner, et al.</u>, CR 04-425(C)-AHM.
5  DATED: November 30, 2005

                                      Respectfully submitted,

                                      DEBRA WONG YANG
                                      United States Attorney

                                      THOMAS P. O'BRIEN
                                      Assistant United States Attorney
                                      Chief, Criminal Division

                                      _/s/ signature_
                                      GARTH HIRE
                                      ELIZABETH R. YANG
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

## [PROPOSED] ORDER

Pursuant to the government's motion, the first superseding indictment in the above-referenced case is hereby DISMISSED without prejudice as to defendant SYLAS GLENN BROWNRIDGE only.

DATED: 12-2-05

                                      RONALD S.W. LEW
                                      HONORABLE RONALD S.W. LEW
                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, **LORINDA CANTU** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of

**[PROPOSED] DISMISSAL AND ORDER**

service was:

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and Mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[X] By facsimile as follows:

**DARLENE RICKER**
**FAX # (310) 457-8602**

This Certificate is executed on , November 30, 2005 Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

LORINDA CANTU